```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 02519
    DOMINGA PIMENTEL VINZONS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-2563

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/14/2006 and was confirmed 05/17/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was completed - no discharge 12/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
TOYOTA MOTOR CREDIT      SECURED           5739.00         1251.85         5739.00
ISAC                     UNSEC W/INTER     1699.18          255.13         1699.18
PETER FRANCIS GERACI     DEBTOR ATTY       3,000.00                        3,000.00
TOM VAUGHN               TRUSTEE                                             806.22
DEBTOR REFUND            REFUND                                              968.62

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  13,720.00

PRIORITY                                               .00
SECURED                                           5,739.00
    INTEREST                                      1,251.85
UNSECURED                                         1,699.18
    INTEREST                                        255.13
ADMINISTRATIVE                                    3,000.00
TRUSTEE COMPENSATION                                806.22
DEBTOR REFUND                                       968.62
                         ---------------     ---------------
TOTALS                   13,720.00              13,720.00




               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 02519 DOMINGA PIMENTEL VINZONS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/09/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```